UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA L. PFEISTER,<br><br>    Plaintiff,<br><br>v.<br><br>ACTION PROPERTY MANAGEMENT, INC.,<br><br>    Defendant. | Case No. 21-cv-04473-RS   (SK)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY** |

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Sallie Kim for discovery. The parties must comply with the Standing Order for Magistrate Judge Kim, which is attached and available on the Court's website at http://www.cand.uscourts.gov/sk.

The parties are advised that the Court will only address discovery disputes that are presented by a joint letter brief in compliance with the Court's Standing Order after the parties have meet and conferred. Because the motion (Dkt. No. 25) does not comply with the Court's procedures, Plaintiff's motion to compel is HEREBY DENIED without prejudice.

Please contact the Courtroom Deputy Clerk Melinda Lock at (415) 522-4158 with any questions.

**IT IS SO ORDERED**.

Dated: September 23, 2021

SALLIE KIM
United States Magistrate Judge